# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HANS C. ANDERSON, *pro se,*

    Petitioner,

v.                                            Case No: 8:12-mc-153-T-30AEP

JOHN DOE, OFFICER COLE, OFFICER
WITHMOORE and LT. LYONS,

    Respondents.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua* sponte. A review of the file indicates that Petitioner has failed to file an Amended Complaint pursuant to this Court's Order (Dkt. #3) issued on March 18, 2013. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of April, 2013.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-mc-153 dismissal.docx